IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURT THOMAS,<br>Petitioner<br><br>v.<br><br>RAYMOND SOBINA, et al.,<br>Respondents | :<br>:<br>FILED<br>OCT 21 2008<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk | CIVIL ACTION<br><br>No. 08-0049 |

### ORDER

**R. BARCLAY SURRICK, J.**

AND NOW, this 21st day of October, 2008, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED

2. The petition for a writ of habeas corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.

*Loretta Anne Palmer*
*Kevin Bradford*

*U.S. mail - Curt Thomas*

10/21/08

*************** -COMM. JOURNAL- ***************************** -OCT-21-2008-TUE 13:26- *************

MODE = MEMORY TRANSMISSION          START=OCT-21 13:25    END=OCT-21 13:26

    FILE NO.=840

STN NO.   COMM.   ABBR NO.   STATION NAME/TEL. NO.    PAGES    DURATION

  001      OK        &         2156865725            002/002   00:00:19
  002      OK        &         2155601031            002/002   00:00:17

                                              -JUDGE R. BARCLAY SURRICK -

***************************************  - ******* -         - ********  ---

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
8614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1741

*Chambers of*
**R. BARCLAY SURRICK**
*United States District Judge*

(267) 299-7630

October 21, 2008

To:    **Curt Thomas (Pro Se)**
AM-4321
S.C.I Green
175 Progress Drive
Waynesburg, Pennsylvania 15370
(Via United States Mail)

**Anne Palmer, Esquire**
**PHILADELPHIA DISTRICT ATTORNEY'S OFFICE**
Three S. Penn Square
Philadelphia, Pennsylvania 19107
Fax: 215-686-5725

**Kevin R. Bradford, Esquire**
**OFFICE OF THE ATTORNEY GENERAL**
21 South 12th Street, 3rd Floor
Philadelphia, Pennsylvania 19107
Fax: 215-560-1031

    Re:    *Curt Thomas v. Raymond Sobina, et al.*
             *Civil Action No. 08-0049*

Memo: Order to follow.

**Via Fax:** Two (2) pages transmitted to include this cover page.