IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURT THOMAS | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 08-0049 |
| | : | |
| RAYMOND SOBINA, ET AL. | : | |

**ORDER**

AND NOW, this  21st  day of  December , 2009, upon consideration of the Report and Recommendation of Magistrate Judge Timothy R. Rice (Doc. No. 20), the Objections to Report and Recommendation (Doc. No. 28) filed by Petitioner Curt Thomas, pro se, and after a de novo review of the entire record, it is ORDERED as follows:

1. The Objections To Report And Recommendation are without merit and are OVERRULED.

2. The Report and Recommendation is APPROVED.

3. The Petition for Writ of Habeas Corpus is DENIED.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk shall mark this matter CLOSED.

IT IS SO ORDERED.

BY THE COURT:

R. Barclay Surrick, J.